Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jackie Benson        **Case Number:** 2:21CR00506-013

**Name of Sentencing Judicial Officer:** The Honorable Richard Mark Gergel, United States District Judge

**Date of Original Sentence:** September 12, 2023

**Original Offense:** Count One: Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846.

**Original Sentence:** The defendant was committed to the custody of the U.S. Bureau of Prisons for a total term of Time Served, to be followed by a three (3) year term of supervised release with the following special conditions: 1) You must satisfactorily participate in and successfully complete an outpatient dual diagnosis treatment (i.e., mental health and substance abuse treatment program) and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity). Additionally, the defendant shall be responsible for payment for such treatment; 2) You must submit to substance abuse testing to determine if you have used a prohibited substance; 3) You must contribute to the cost of any treatment, drug testing and/or location monitoring not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; and 4) You must pay a special assessment fee of $100 (unsatisfied).

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** September 12, 2023

**Assistant U.S. Attorney:** John Whitney Sowards    **Defense Attorney:** Lauren E. Williams *(CJA Appointed)*

**Previous Court Notifications:** None

---

### PETITIONING THE COURT

☒     To issue a warrant (petition and warrant to remain under seal)

☐     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C
(Rev. 10/20 - D/SC)

Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct - Possession With Intent to Distribute Cocaine Base, 3rd or Subsequent Offense (Warrant No. 2024A2610200428):** On February 22, 2024, Ms. Benson was arrested by the Horry County Police Department in Conway, South Carolina, after a traffic stop was conducted on a 2016 White Cadillac ATS. Ms. Benson was operating the vehicle and was observed leaving the Twilight Surf Motel in Myrtle Beach, South Carolina. The arresting officer noticed Ms. Benson's unreadable and improperly displayed license tag and initiated the traffic stop. Ms. Benson provided the officer with consent to search the vehicle. During the search, her black purse was located on the seat in the driver's side of the vehicle. Numerous smoking devices commonly used to ingest crack cocaine, along with 3.8 grams of a white rock like substance consistent with crack cocaine, were located inside the purse. Additionally, an officer observed Ms. Benson toss a glass smoking device from her person. The device was retrieved; however, Ms. Benson denied ownership of it. After being mirandized, she claimed ownership of the presumptive crack cocaine. Ms. Benson was placed under arrest and taken to the J. Reuben Long Detention Center in Conway, South Carolina. Her criminal history reflects more than two narcotics convictions within the last ten years. On February 23, 2024, Ms. Benson posted a $25,000 surety bond and was released from custody. This charge remains pending in Horry County General Sessions Court in Conway, South Carolina. |
| 2 | **New Criminal Conduct - Speeding (Ticket No. 20242351048651):** On February 12, 2024, Ms. Benson was issued a citation by the South Carolina Highway Patrol in Conway, South Carolina, for the offense of Speeding. According to the citation, Ms. Benson was traveling at a rate of 69 in a 55-mile-per-hour zone. Ms. Benson has a scheduled court date of March 25, 2024, in Horry County Central Traffic Court in Conway, South Carolina. |
| 3 | **Failure to Notify the U.S. Probation Officer of Law Enforcement Contact:** On February 12, 2024, Ms. Benson was stopped by the South Carolina Highway Patrol and was issued a traffic citation. Ms. Benson failed to notify the U.S. Probation Officer of her contact with law enforcement. |
| 4 | **Failure to Pay Special Assessment Fee:** To date, Ms. Benson has failed to satisfy her court-ordered $100 special assessment fee ($100 balance). |

Prob 12C
(Rev. 10/20 - D/SC)

Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 8, 2024_

_Carter Knox_
for Wesley L. Swinton
Senior U.S. Probation Officer
Florence Office

Reviewed and Approved By:

_Michelle T. Owens_
Michelle T. Owens
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

**The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐ The issuance of a summons.

---

## BOND CONSIDERATION:

☐ Bond to be set at the discretion of the United States Magistrate Judge.

☐ No bond to be set.

☐ Other (specify):

s/ Richard Mark Gergel
The Honorable Richard Mark Gergel
U.S. District Judge

March 11, 2024
Date